UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN ZIMMERMAN,<br>　　　Plaintiff<br><br>v.<br><br>EDWIN A. ABRAHAMSEN &<br>ASSOCIATES, P.C.,<br>　　　Defendant | CIVIL ACTION NO. 3:15-CV-1174<br>(Judge Nealon) |

FILED
SCRANTON
AUG 2 8 2017
PER _____ / DEPUTY CLERK

## ORDER

AND NOW, THIS 28TH DAY OF AUGUST, 2017, IT IS HEREBY

**ORDERED THAT:**

1. Counsel shall confer and file a joint status report on or before **September 11, 2017**.

2. If a status report is not filed in this matter on or before **September 11, 2017**, the above-captioned action may be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

　　　　　　　　　　　　　　　　/s/ William J. Nealon
　　　　　　　　　　　　　　　　United States District Judge